UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| BOARD OF TRUSTEES, *et al.*,<br><br>　　　　Plaintiffs,<br>　v.<br><br>KMA CONCRETE CONSTRUCTION,<br><br>　　　　Defendant.<br>_____/ | No. C 10-05831 LB<br><br>**ORDER REGARDING TELEPHONIC APPEARANCE AT AUGUST 11, 2011 MOTION HEARING** |

Oral argument on Plaintiffs' motion for default judgment is scheduled for August 11, 2011. In an effort to reduce unnecessary costs, the court invites Plaintiffs to appear by telephone. If they choose to appear by telephone, the court directs them to contact courtroom deputy Lashanda Scott at 510-637-3525 by August 10, 2011 to arrange the telephonic appearance.

**IT IS SO ORDERED.**

Dated: August 3, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C 10-05831 LB
ORDER RE TELEPHONIC APPEARANCE