UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| BOARD OF TRUSTEES, *et al.*, | No. C 10-05831 LB |
| Plaintiffs, | **ORDER FOR REASSIGNMENT** |
| v. | |
| KMA CONCRETE CONSTRUCTION, | |
| Defendant. | |

In light of the Report and Recommendation filed on August 12, 2011, the clerk shall reassign the above-captioned case to a district court judge.

**IT IS SO ORDERED.**

Dated: August 15, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C 10-05831 LB
ORDER FOR REASSIGNMENT