IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacity as Trustees of the CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>       Plaintiffs,<br><br>  v.<br><br>KMA CONCRETE CONSTRUCTION CO.,<br><br>       Defendant. | Case No. C 10-05831 SC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND ENTERING DEFAULT JUDGMENT |

    Magistrate Judge Laurel Beeler has issued a Report and Recommendation in which she recommends this Court grant the Motion for Default Judgment filed by Plaintiffs The Board of Trustees, in their capacities as Trustees of the Cement Masons Health and Welfare Trust Fund for Northern California, Cement Masons Pension Trust Fund for Northern California, Cement Masons Vacation/Holiday Trust Fund for Northern California, Cement Masons Apprenticeship and Training Trust Fund for Northern California ("Plaintiffs") against KMA Concrete Construction Co. ("Defendant") and enter judgment in favor of Plaintiffs. ECF No. 17. No objections have been filed. Having reviewed the Report and Recommendation, the

Court finds it to be correct, well-reasoned, and thorough, and therefore ADOPTS it in every respect.  Accordingly, Plaintiffs' Motion for Default Judgment against Defendant is GRANTED; Defendant is ORDERED to pay Plaintiffs $80,014.42 in delinquent contributions, $4,350 in liquidated damages, $25,954.78 in interest, $816.25 in costs, and $9,478.75 in attorneys' fees.

FURTHER, as requested by Plaintiffs and in accordance with the parties' Master Agreement, Defendant is ORDERED to submit to an audit of its payroll records for the period of January 1, 2007 to the present, at the direction of Plaintiffs, so that Plaintiffs may determine the accurate amounts of any additional delinquency.  If the initial audit of the payroll records does not provide enough information to determine whether or not an additional delinquency exists, then Defendant must submit to a further audit, at the direction of Plaintiffs, of whatever records or accounts exist in order to determine the amount of the delinquency.  Upon completion of the audit, Plaintiffs may file another submission detailing the additional damages (apart from the amount granted in this Order), if any, that Plaintiffs have deemed appropriate to be assessed against Defendant for the period of January 1, 2007 to the present. The Court will then determine if the requested relief is appropriate.

IT IS SO ORDERED.

Dated:   September 8, 2011

_____
UNITED STATES DISTRICT JUDGE