BARRY E. HINKLE, Bar No.
PATRICIA A. DAVIS, Bar No.
EZEKIEL D. CARDER, Bar No.
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bhinkle@unioncounsel.net
         pdavis@unioncounsel.net
         ecarder@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>      Plaintiffs,<br><br> v.<br><br>KMA CONCRETE CONSTRUCTION CO., A California Corporation<br><br>      Defendant. | No. C 10-5831 SC<br><br>[PROPOSED] AMENDED JUDGMENT |

In accordance with this Court's September 8, 2011 Order Adopting Report and Recommendation and Entering Default Judgment, and Plaintiffs' Motion to Amend Judgment, it is hereby ORDERED, ADJUDGED and DECREED that:

JUDGMENT shall be entered in favor of Plaintiffs The Board of Trustees, in their

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

capacities as Trustees of the Cement Masons Health and Welfare Trust Fund for Northern California, Cement Masons Pension Trust Fund for Northern California, Cement Masons Vacation/Holiday Trust Fund for Northern California, Cement Masons Apprenticeship and Training Trust Fund for Northern California, and against Defendants KMA Concrete Construction Co. in the amount of $80,014.42 in delinquent contributions, $4,350.00 in liquidated damages, $25,954.78 in interest, $816.25 in costs, and $9,478.75 in attorney's fees, for a total amount of $120,614.20.

IT IS SO ORDERED

Dated: January 17, 2012

_____
HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

126241/641674

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
[PROPOSED] AMENDED JUDGMENT
Case No. C 10-5831 SC